# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

PORT OF BELLINGHAM,

        Plaintiff,

v.

STATE FARM FIRE AND CASUALTY COMPANY,

        Defendant.

C17-453 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The parties' request for a stay is DENIED, but pursuant to the stipulation of the parties, docket no. 19, the following deadlines are EXTENDED:

| | |
|---|---|
| Deadline for amending pleadings | October 25, 2017 |
| Deadline for disclosure of expert testimony | October 25, 2017 |
| Deadline for filing discovery motions | November 30, 2017 |

All other dates and deadlines set forth in the Minute Order Setting Trial Date and Related Dates, docket no. 17, shall remain in full force and effect.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 14th day of September, 2017.

                                              William M. McCool
                                              Clerk

                                              s/Karen Dews
                                              Deputy Clerk

MINUTE ORDER - 1