UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PORT OF BELLINGHAM, <br><br> Plaintiff, <br><br> v. <br><br> STATE FARM FIRE AND CASUALTY COMPANY, <br><br> Defendant. | C17-453 TSZ <br><br> ORDER |

THIS MATTER comes before the Court on the parties' stipulated motion to stay, docket no. 23, indicating that a settlement has been reached. The mediator, Thomas V. Harris, has also advised the Court that this matter has been resolved, conditioned solely on the approval of the Port of Bellingham. Notice (docket no. 24). The Port of Bellingham Commissioners will consider the proposed settlement on December 19, 2017. *See* Stip. Mot. (docket no. 23). Because no issue remains for the Court's determination,

NOW, THEREFORE, IT IS ORDERED that this case is DISMISSED with prejudice and without costs. The parties' stipulated motion to stay, docket no. 23, and their discovery motion submitted pursuant to Local Civil Rule 37(a)(2), docket no. 21, are both STRICKEN as moot.

ORDER - 1

In the event that the Port of Bellingham does not approve the settlement or the settlement is otherwise not perfected, either party may move to reopen and trial will be scheduled, provided such motion is filed within **90** days of the date of this Order.

The Clerk is directed to send a copy of this Order to all counsel of record.

IT IS SO ORDERED.

Dated this 5th day of December, 2017.

Thomas S. Zilly
United States District Judge

ORDER - 2